OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

2/24/2015

RESORTED FIRST-CLASS

UNITED STATES POSTAGE

PITNEY BOWES

02 1R $ 00.26⁵
0006557458 MAR 02 2015
MAILED FROM ZIP CODE 78701

FEIST, HERBERT HERMAN    Tr. Ct. No. 36429, 36678    WR-12,375-24

On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY
18805
P. O. BOX 26007                                    U T F
BEAUMONT, TX  77720

AMEBN3B  77720